| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Date of Known Infringement |
| 1. | GREEN DAZE MUSIC, WB MUSIC CORP. | HOLIDAY | BILLIE JOE ARMSTRONG, FRANK WRIGHT, MICHAEL PRITCHARD | 9/21/04 | PA 1-251-317 | 4/15/05 |
| 2. | GREEN DAZE MUSIC, WB MUSIC CORP. | AMERICAN IDIOT | BILLIE JOE ARMSTRONG, MICHAEL PRITCHARD, FRANK WRIGHT | 8/31/04 | PA 1-251-385 | 4/16/05 |
| 3. | BMG SONGS, INC., CYANIDE BREATHMINT MUSIC | ALREADY DEAD | BECK HANSEN | 9/24/02 | PA 1-073-459 | 4/16/05 |
| 4. | IVT MUSIC, INC., 50 CENT MUSIC | CANDY SHOP | SCOTT STORCH, CURTIS JACKSON | 3/1/05 | PA 1-271-624 | 4/15/05 |

SCHEDULE "A"