IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

GREEN DAZE MUSIC, WB MUSIC CORP.,  )
BMG SONGS, INC., CYANIDE BREATHMINT  )
MUSIC, TVT MUSIC, INC., and 50 CENT  )
MUSIC,  )
  )
               Plaintiffs  )
  )  Civil Action No.  3:06-CV-0008 (CDL)
  )
  )
ATHENS  MUSIC  PARTNERS,  INC.  and  )
MARK V. FRANKLIN,  )
             Defendants

## STIPULATION OF SETTLEMENT

WHEREAS, the Complaint in the above-captioned action was filed on January 24, 2006 against  Athens Music Partners, Inc. and Mark V. Franklin ("Defendants").  The Defendants were served on February 6, 2006; and

WHEREAS, Plaintiffs were, on the dates alleged on the Schedule A to the Complaint, the respective owners of valid copyrights in the songs listed on Schedule A to the Complaint; and

WHEREAS, Plaintiffs' songs were performed publicly by Defendants at the establishment known as Last Call on  April 15 – 16, 2005, without permission of the Plaintiffs or license from their performing rights licensing organization, the American Society of Composers, Authors and Publishers ("ASCAP"); and

1

WHEREAS, such performances of Plaintiffs' copyrighted songs were willful infringements of Plaintiffs' copyrights; and

WHEREAS, Plaintiffs and Defendants are desirous of settling this consolidated Civil Action;

NOW, THEREFORE, in consideration of the mutual promises herein contained and for value received, Plaintiffs and Defendants agree as follows:

1.   a.   Defendants agree to pay ASCAP, on behalf of Plaintiffs, the sum of $8,000.00. Said payments shall be paid by Defendants by check made payable to the American Society of Composers, Authors and Publishers ("ASCAP"), and sent to Joyce B. Klemmer, Esq. at Smith, Gambrell & Russell, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309-3592 according to the following schedule:

| Date | Total Installment Due |
|------|-----------------------|
| 02/27/06 | $ 500.00 |
| 03/15/06 | $ 500.00 |
| 04/15/06 | $1,000.00 |
| 05/15/06 | $1,000.00 |
| 06/15/06 | $1,000.00 |
| 07/15/06 | $1,000.00 |
| 08/15/06 | $1,000.00 |
| 09/15/06 | $1,000.00 |
| 10/15/06 | $1,000.00 |

2

Defendants shall be allowed a five (5) day grace period before a notice of default, as provided for in Paragraph 3 below, is entered.

        b.      Upon timely receipt of the aforementioned installment payments, Defendants shall be deemed to have paid ASCAP license fees through December 31, 2006.

        2.    a.      Contemporaneously with the execution of this Settlement Agreement, ASCAP shall offer and Defendants shall execute ASCAP License Agreements for Last Call and another establishment controlled by Defendants, DT's Down Under, for the period commencing January 1, 2006 at the annual rate of $1,177.00 per annum and $1,358.00 for DT's Down Under. 2006 License fees shall be deemed paid so long as the payments set forth in Paragraph 1 are timely made. Defendants agree that they will comply with all of the terms and conditions of their ASCAP License Agreements.

        3.      In the event that Defendants shall default in making any payment required by Paragraph 1 of this Settlement Agreement; or default in executing and complying with the terms of the ASCAP License Agreement; or file for bankruptcy; or in the event that an application for sale, transfer or assignment of Last Call or DT's Down Under shall be made, Plaintiffs may enter Judgment against Defendants in the amount of $12,000.00 plus statutory interest, less any payments received under this

Settlement.  A Writ of Execution may be entered upon the filing of a notice to the Clerk of Court by Plaintiffs' counsel stating the circumstances of the default and the amount of the Writ of Execution to be issued, computed as provided herein.  A copy of the notice shall be served upon Defendants by serving Eyal Riesin, Shareholder, Athen's Music Partners, Inc., 105 Laurel Springs Drive, Athens, Georgia  30606.

4.      The Court shall maintain jurisdiction of the case until the terms of this Settlement Agreement are satisfied.  Upon receipt of the final payment as set forth in Paragraph 1, above, Plaintiffs' counsel shall file a dismissal with prejudice in this case.

Respectfully submitted and consented to by:

Joyce B. Klemmer, Esq.
GA Bar No. 425116
Smith, Gambrell & Russell
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309-3592
Telephone:  (404) 815-3500

Attorney for Plaintiffs

ATHENS, MUSIC PARTNERS, INC.
By: _____
Its: _____ Eyal Riesin

Mark V. Franklin
_____

Sworn to and subscribed before me
this 23 day of February, 2006.

_____
Notary Public  Notary Public, Oconee County, Georgia
              My Commission Expires May 1, 2006
My commission expires:

[AFFIX NOTARIAL SEAL OR STAMP]

4

The foregoing Settlement Agreement is hereby made the Order of the

Court this ___ day of _____, 2006.

_____
Clay D. Land
United States District Judge

LIT\940655.1