```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

GREEN DAZE MUSIC, WB MUSIC          *
CORP., BMG SONGS, INC., et al.,
                                    *
      Plaintiffs
                                    *       CASE NO. 3:06-CV-08 (CDL)
vs.
                                    *
ATHENS MUSIC PARTNERS, INC. and
MARK V. FRANKLIN,                   *

      Defendants            *

O R D E R

The Court has been advised through parties' Stipulation of Settlement filed February 27, 2006, that the above action has been settled. The Court further understands that the last payment pursuant to that settlement shall be made within the next 90 days.

IT IS, THEREFORE, ORDERED that the action be dismissed without costs other than those due this court and without prejudice to the right, upon good cause shown within 90 days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court serve copies of this Order by United States mail upon the attorneys of record for the parties appearing in this case.

SO ORDERED, this 2nd day of August, 2006.

                                          S/Clay D. Land
                                            CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE