IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GREEN DAZE MUSIC, WB MUSIC ) <br> CORP., BMG SONGS, INC., ) <br> CYANIDE BREATHMINT MUSIC, ) <br> TVT MUSIC, INC., and ) <br> 50 CENT MUSIC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ATHENS MUSIC PARTNERS, INC. ) <br> And MARK V. FRANKLIN, ) <br> ) <br> Defendants. ) | Civil Action No. 3:06-CV-0008 (CDL) |

## **DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs, Green Daze Music, WB Music Corp. BMG Songs, Inc., Cyanide Breathmint Music, TVT Music, Inc., and 50 Cent Music (collectively, "Plaintiffs") and pursuant to FED. R. CIV. P. 41(a)(1), dismiss the above-styled civil action with prejudice.  The Stipulation of Settlement between the parties filed with the Court on February 27, 2006 has been fully satisfied and, in accordance with Paragraph 4 of the Stipulation, Plaintiffs hereby dismiss the above-styled action with prejudice.

LIT\975463.1

Respectfully submitted this 8th day of January, 2007.

/s/ Joyce B. Klemmer
Joyce B. Klemmer
Georgia Bar No. 425116

*Counsel for the Plaintiffs*

SMITH, GAMBRELL & RUSSELL, LLP
Promenade II, Suite 3100
1230 Peachtree Street
Atlanta, Georgia 30303
(404) 815-3500

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| GREEN DAZE MUSIC, WB MUSIC ) <br> CORP., BMG SONGS, INC., ) <br> CYANIDE BREATHMINT MUSIC, ) <br> TVT MUSIC, INC., and ) <br> 50 CENT MUSIC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ATHENS MUSIC PARTNERS, INC. ) <br> And MARK V. FRANKLIN, ) <br> ) <br> Defendants. ) | Civil Action No.  3:06-CV-0008 (CDL) |

## CERTIFICATE OF SERVICE

I, Joyce B. Klemmer, hereby certify that on this 8th day of January, 2007, I electronically filed the foregoing *Dismissal With Prejudice* with the Clerk of the Court via the CM/ECF filing system, and I have mailed a copy of same to the Defendant, via U.S. Mail, properly addressed and postage prepaid, as follows:

Mr. Eyal Reisin
Frequency Management, Inc.
DT's Down Under
140 East Clayton Street
Athens, GA  30606

/s/ Joyce B. Klemmer
Joyce B. Klemmer
Georgia Bar No. 425116
*Counsel for the Plaintiffs*

LIT\975463.1